IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 9, 2007

Charles R. Fulbruge III
Clerk

No. 07-20023
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

MORRIS D. HAUGHTON

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:05-CR-115-ALL

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Following the revocation of his supervised release due to his conviction for making a false statement in an application for a U.S. passport by knowingly presenting a fraudulent Louisiana birth certificate, Morris D. Haughton moved the district court "[T]o Order Government to Release Appellant's Louisiana Birth Certificate to U.S. Immigration and Naturalization Agency." The district court summarily denied the motion.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Haughton conclusionally argues that the district court erred in failing to order the Government to release his Louisiana birth certificate to immigration officials. He asserts, without addressing the jury's or district court's findings to the contrary, that he is in fact a U.S. citizen and that he requires a copy of his original Louisiana birth certificate to prove the same and to avoid deportation.

Haughton provides no legitimate legal basis for his motion or for his contention that the district court's denial amounts to error. As the Government points out, because Haughton is a Jamaican citizen and because the Louisiana birth certificate is fraudulent, having provided the basis for both his criminal conviction and the revocation of his supervised release, the motion for its release was essentially a request to enable Haughton to once again attempt falsely to establish U.S. citizenship. The district court did not err in denying the motion.

The instant appeal is wholly without merit and is dismissed as frivolous. See 5TH CIR. R. 42.2; Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983). Haughton's motion to expedite the appeal is denied.

APPEAL DISMISSED; MOTION DENIED.